IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JULIA F. GILLIAM                                                                                          PLAINTIFF

v.                                              No. 4:05CV01072 GH

STATE OF ARKANSAS, PROBATE COURT
OF PULASKI COUNTY, REBSMAN INSURANCE
COMPANY, AND LENDERS TITLE COMPANY                                   DEFENDANTS

**ORDER**

By order filed on August 8th, the Court dismissed this case for lack of subject matter jurisdiction finding that plaintiff was once again seeking a determination that the state court proceedings were wrongly decided and that, as Judge Moody had correctly and concisely pointed out in the four previous cases, this Court simply does not have subject matter jurisdiction over her claims.

On August 16th, plaintiff filed statements of venue that appear to seek a rule on the Clerk for reconsideration. To the extent that the Court is being asked to reconsider the August 8th dismissal order, the Court finds, after review of the August 16th filings, finds that plaintiff is not entitled to any relief. The case remains closed.

IT IS SO ORDERED this 23rd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE